BEFORE THE THIRD DIVISION, FEBRUARY 13, 1959

No. 62753.—Rosenthal Block China Corp. *v.* United States, protest 295636–K (New York).

Opinion by Johnson, J.   In accordance with oral stipulation of counsel that the 10⅝-inch cake plates covered by items 4575 and 4576 are dutiable, as claimed, *supra*, the claim of the plaintiff was sustained.